UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22883-CIV-LENARD/WHITE

**EUGENE HUNTER, JR.,**,

        Plaintiff,

vs.

**ROBERT H. MILLER et al.,**

        Defendants.
_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 36)**

**THIS CAUSE** is before the Court on the Report of the Magistrate Judge ("Report," D.E. 36), issued on July 21, 2008, which recommends that Plaintiff's claims be dismissed against Defendant Miami-Dade Police Department[1] only. To date, Plaintiff has not filed any objections to the Report. After an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1.    The Report of the Magistrate Judge (D.E. 36) is **ADOPTED**.

2.    For the reasons stated in the Report of the Magistrate Judge, Plaintiff's claims against Defendant Miami-Dade Police Department are dismissed without prejudice for failure to state a claim upon which relief can be granted, but service of process in this case shall proceed as to Defendant Robert Miller.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of August, 2008.

                                                      **JOAN A. LENARD**
                                                      **UNITED STATES DISTRICT JUDGE**

---

[1] As noted by the Magistrate Judge in his Report, Plaintiff incorrectly referred to the Miami-Dade Police Department as the Metro-Dade Police Department and/or the Miami-Dade County Sheriff's Office.